1   **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   Andrew Gilmore; and Deirdre Booth,     )   No. CV-08-1252-PHX-DGC
                                           )
10              Plaintiffs,                 )   **ORDER**
                                           )
11  vs.                                    )
                                           )
12  DJO Incorporated, et al.,              )
                                           )
13              Defendants.                )
                                           )
14  _____)

15

16          Plaintiffs have filed a motion for leave to file an amended complaint.  Dkt. #50.  The

17  motion is timely.  *See* Dkt. #40 ¶ 2.  Defendants do not oppose the motion, and Defendant

18  DJO has filed an answer to the amended complaint (Dkt. #55).  The Court will grant the

19  motion.  *See* Fed. R. Civ. P. 15(a)(2).

20          **IT IS ORDERED:**

21          1.      Plaintiffs' motion for leave to file amended complaint (Dkt. #50) is **granted**.

22          2.      The Clerk is directed to file the amended complaint filed as Attachment 2 to

23                  Dkt. 50.

24          DATED this 25th day of March, 2009.

25

26

27          _____
                        David G. Campbell
28                  United States District Judge